UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 NOV -8 AM 9:20

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:22-cr-00137-5 |
| ) | |
| MARGARET RADFORD, ) | |
| Defendant. ) | |

## ORDER

The United States has moved for an arrest warrant and for a show-cause hearing regarding revocation of defendant Margaret Radford's pretrial release. The motion is based on the defendant's alleged consumption of controlled substances based on two positive sweat patches since her change-of-plea hearing on October 10, 2023, as described in a violation report from the United States Probation Office. The motion of the United States for an arrest warrant is granted, and a warrant shall be issued. Once arrested, a hearing will be scheduled to provide the defendant an opportunity to show cause why her conditions of release should not be revoked.

The United States also seeks to seal this Order, the arrest warrant, its motion, and related documents and docket entries until the arrest of the defendant. For good cause shown, that is, to protect the safety of the arresting officers and prevent the potential flight of the defendant, the motion to seal is granted. It is ordered that the Arrest Warrant, related motion, this Order, and the corresponding docket entries are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this 8th day of November, 2023.

/s/ Christina Reiss
_____
HON. CHRISTINA REISS, JUDGE
United States District Court
District of Vermont