NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                      Case No. 2:22-cr-137-5

Margaret Radford

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Monday, November 13, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Hearing on Motion to Revoke Conditions of Release.

Location: Courtroom 510                                             JEFFREY S. EATON, Clerk
                                                                                 By: */s/ Jennifer B. Ruddy*
                                                                                     Deputy Clerk
                                                                                     11/9/2023

TO:

Matthew J. Lasher, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter