[Original - red]

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Vermont

2023 NOV 13  PM 4:41

CLERK

BY_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:22-cr-00137-5 |
| | ) | |
| MARGARET RADFORD | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

RCVD U.S. MARSHALS VT
NOV 08 2023 AM09:37

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MARGARET RADFORD                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment       ☐ Information        ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition     ☒ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of pretrial release.

Date:     11/8/2023

*/s/ Christina Reiss*

*Issuing officer's signature*

City and state:     Burlington, VT

**Christina Reiss, U.S. District Judge**

*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/08/2023 , and the person was arrested on *(date)* 11/08/2023
at *(city and state)* Burlington, VT .

Date: 11/08/2023

_____
*Arresting officer's signature*

Brittany Beliveau, Deputy US Marshal
*Printed name and title*